```
 1  KAREN P. HEWITT
    United States Attorney
 2  STEWART M. YOUNG
    Assistant U.S. Attorney
 3  California State Bar No. 234889
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6228/ Fax: (619)235-2757

 6  Attorneys for Plaintiff
    United States of America
 7
```

FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             MB              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>              Plaintiff,       )<br>     v.                       )<br>                              )<br>THOMAS V. SWIFT (D1),         )<br>KEVIN D. KENNEDY (D2),        )<br>ROBERT ROCCO (D3),            )<br>STEVEN ZUFALL (D4),           )<br>RUDY TIJERINA (D5),           )<br>JESSE SANDOVAL (D6),          )<br>KYLE KIMBREL (D7),            )<br>JORGE MORALES (D8),           )<br>JOSE RODRIGUEZ-PARRA (D9),    )<br>RANDY KENNEDY (D10),          )<br>GLENN SWIFT (D11),            )<br>GREGORY SWIFT (D12),          )<br>BRANDON GONZALEZ (D13),       )<br>                              )<br>              Defendants.     )<br>_____) | Mag. Case No. 08-MJ-1161<br><br>ORDER<br>~~MOTION~~ TO UNSEAL SPECIFIED DOCUMENTS FOR DISCOVERY PURPOSES |

The Court orders that in the above-captioned case, the applications, affidavits and search warrants attached thereto, as well as the Government's motion and this order, be unsealed for the purpose of providing discovery to the defendants.

SO ORDERED.

DATED: 4/29/08

THE HONORABLE BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE